UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY DAVISON,

        Plaintiff(s),

v

C/O MACLEAN, et al,

        Defendant(s).

                           /

CIVIL ACTION NO.05-70287

DISTRICT JUDGE AVERN COHN
MAGISTRATE JUDGE STEVEN D. PEPE

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the file and the Magistrate Judge's Report and Recommendation dated August 05, 2005.  No objections have been filed.  The Report and Recommendation of the Magistrate Judge is hereby accepted and entered as the findings and conclusions of the Court.

        SO ORDERED.

Dated: September 06, 2005

                s/ Avern Cohn
                AVERN COHN
                UNITED STATES DISTRICT JUDGE